UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
               -v-                                     :         22-CR-303 (JMF)
                                                                        :
GUSTAVO CHAVEZ,                                                         :           REVISED
                                                                        :     SCHEDULING ORDER
                     Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

       IT IS HEREBY ORDERED that the conference previously scheduled for March 16, 2023, is RESCHEDULED to **March 15, 2023**, at **3:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: February 21, 2023
       New York, New York
                                                     JESSE M. FURMAN
                                                     United States District Judge