# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

May 9, 2023

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is
directed to terminate Doc. 21. SO ORDERED.

May 9, 2023

RE:   **United States v. Gustavo Chavez**
      **22 Cr. 303 (JMF)**

Dear Judge Furman:

I write to respectfully request a modification of Gustavo Chavez's bail conditions. Mr. Chavez is currently on home incarceration, which prevents him from leaving the home for anything unrelated to his medical or legal appointments. With the consent of Pre-Trial Services, and without objection from the Government, I ask that the Court reduce Mr. Chavez's home incarceration to home detention, so that he may work with his Pre-Trial Services Officer, Viosanny Harrison, to apply for and obtain employment.

I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.

Counsel for Gustavo Chavez

Cc:   AUSA Andrew Jones