# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 20, 2024

*Via CM/ECF*
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to May 23, 2024, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #34.
>
> SO ORDERED.
>
> [signature]
>
> February 21, 2024

Re: *United States v. Gustavo Chavez*
22 Cr. 303 (JMF)

Dear Judge Furman:

I write to respectfully request a 60-day adjournment of the sentencing proceeding in the above-captioned case, currently scheduled for March 7, 2024.[1] The Government, by AUSA Andrew Jones, does not oppose this motion.

A 60-day adjournment is justified because I require additional time to obtain updated medical records for Mr. Chavez that are critical to the Court's determination of an appropriate sentence under 18 U.S.C. §§ 3553(a)(1) and (a)(2)(D). Relevant to the Court's consideration of Mr. Chavez's age and overall health in fashioning an appropriate sentence, I have also retained a physician life-expectancy specialist, who is preparing a report for my incorporation into a sentencing submission on Mr. Chavez's behalf. The physician requires additional time to complete the report, and I require additional time to review it with the physician and Mr. Chavez before filing my sentencing letter.

I thank the Court for its consideration of this application.

Respectfully submitted,

[signature]
Andrew John Dalack, Esq.
Assistant Federal Defender

Cc: AUSA Andrew Jones

---

[1] Having conferred with United States Probation Officer John DePierri, I also request a commensurate adjustment of the disclosure deadline for the final Pre-Sentence Report.