# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2024

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Defendant's surrender date of August 22, 2024, is hereby ADJOURNED to **September 22, 2024**. On that date, Defendant shall surrender for service of sentence before 2:00 p.m. at the institution designated by the Bureau of Prisons. The Clerk of Court is directed to terminate ECF No. 41.
>
> SO ORDERED.
> *[signature]*
> August 13, 2024

**RE:   *United States v. Gustavo Chavez*
       22 Cr. 303 (JMF)**

Dear Judge Furman,

    I write in connection with Gustavo Chavez's August 22, 2024, surrender date to BOP custody. Unfortunately, since the date of Mr. Chavez's sentencing, his prostate cancer prognosis has worsened so much so that he has been referred for oncology imaging by his primary care physician. A prostate-specific membrane antigen positron emission topography (PSMA PET) scan is currently scheduled for August 23, 2024, and I have shared the referral letter with AUSA Andrew Jones. To afford Mr. Chavez sufficient time to obtain the PSMA PET scan and schedule any necessary follow up, I respectfully submit that a monthlong adjournment of his surrender date is necessary, particularly since the results of the imaging and additional testing will be crucial to an appropriate BOP designation. The Government, by Mr. Jones, does not object to this application.

    I thank the Court for its time and consideration of this application.

Respectfully Submitted,

*[signature]*
Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones