# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

August 26, 2024

***VIA CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Application GRANTED. The Clerk of Court is directed to terminate Doc. #43. SO ORDERED.**

*[signature]*

August 26, 2024

**RE:**   *United States v. Gustavo Chavez*
    **22 Cr. 303 (JMF)**

Dear Judge Furman,

  I write in connection with Gustavo Chavez's bail conditions. On August 23, 2024, Mr. Chavez was referred and scheduled for nuclear medicine imaging on August 27, 2024, in connection with his emergent prostate cancer concerns. The prescription has been received by Pre-Trial Services Officer Marlon Ovalles. The NM scan requires the temporary removal of Mr. Chavez's ankle monitor, to which Officer Ovalles does not object.[1] Indeed, Officer Ovalles is prepared to temporarily remove the ankle monitor and reinstall it following Mr. Chavez's procedure tomorrow, should the Court approve this application.

  I thank the Court for its time and consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones

---

[1] Officer Ovalles wrote the Court and the parties on Friday, August 23, 2024, noting that Pre-Trial Services has no objection to removing the ankle monitor, as long as Mr. Chavez reports back to Pre-Trial Services within 24 hours after the procedure. I have not been able to connect with Government counsel, but note that the Government did not object to an extension of Mr. Chavez's surrender date so that he could make his August 23, 2024, medical appointment and any necessary follow-up.