# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 17, 2024

**Application GRANTED. Mr. Chavez's surrender date is hereby extended to October 23, 2024. The Clerk of Court is directed to terminate Doc. #45.**

**SO ORDERED.**

*[signature]*

September 18, 2024

*VIA CM/ECF*
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** *United States v. Gustavo Chavez*
          **22 Cr. 303 (JMF)**

Dear Judge Furman,

    I write to respectfully request a one-month extension of Gustavo Chavez's surrender date, currently September 22, 2024. Mr. Chavez is scheduled for another round of nuclear medicine imaging on September 30, 2024, and a follow-up appointment with his oncologist on October 11, 2024.

    An extension is necessary to ensure that Mr. Chavez receives adequate medical care for his reemergent prostate cancer. It is also important that BOP receives the records from these appointments to determine whether Mr. Chavez's designation to a medical facility is required. I have shared Mr. Chavez's medical referral paperwork with Pre-Trial Services Officer Marlon Ovalles and AUSA Andrew Jones and they do not object to this application.

    I thank the Court for its consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Andrew Jones
           Pre-Trial Officer Marlon Ovalles