# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2024

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #47.*

*SO ORDERED.*

*October 21, 2024*

**RE:** *United States v. Gustavo Chavez*
   **22 Cr. 303 (JMF)**

Dear Judge Furman,

    I write to respectfully request a one-month extension of Gustavo Chavez's surrender date, currently October 23, 2024, as Mr. Chavez is scheduled for a follow-up round of nuclear medicine imaging on October 22, 2024.

    Although the appointment is one day before his surrender date, an extension is necessary to ensure that Mr. Chavez receives appropriate follow-up care and medical records from the October 22 nuclear imaging, all of which are relevant to his emergent prostate cancer and appropriate designation by the BOP. Indeed, I understand that Mr. Chavez is presently designated to a prison in Louisiana that is neither close to the New York area nor a federal medical center. I therefore require more time to gather Mr. Chavez's records, including the results from his October 22, 2024, appointment, transmit the materials to BOP's Designation and Sentence Computation Center in Grand Prairie, Texas, and work with the relevant officials to obtain an appropriate designation, ideally to a medical facility equipped to treat cancer. I have shared Mr. Chavez's medical referral paperwork with Pre-Trial Services Officer Marlon Ovalles and AUSA Andrew Jones and they do not object.

    I thank the Court for its consideration of this motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Andrew Jones
        Pre-Trial Officer Marlon Ovalles