# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2024

*Application GRANTED. Mr. Chavez's surrender date is hereby extended to January 6, 2025. The Clerk of Court is directed to terminate Doc. #49. SO ORDERED.*

*[signature]*

*November 20, 2024*

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** *United States v. Gustavo Chavez*
**22 Cr. 303 (JMF)**

Dear Judge Furman,

    I write to respectfully request a one-month extension of Gustavo Chavez's surrender date, currently November 22, 2024.

    Since the last update, Mr. Chavez attended his oncological nuclear imaging appointment on October 22, 2024, and has been directed to follow up with his oncologist on December 6, 2024. My office has requested Mr. Chavez's medical records, including those generated by the October 22, 2024, procedure, and we are awaiting receipt. Those records are essential to the BOP's appropriate designation of Mr. Chavez, given the emergent prostate cancer concerns. I have also arranged for a social worker from my office to attend the December 6, 2024, appointment with Mr. Chavez to assist him in understanding and digesting his prognosis, and to also obtain detailed information about next steps in real time. I have shared these developments with AUSA Andrew Jones, who does not object to this application.

    I thank the Court for its consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Andrew Jones