# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 13, 2025

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #53.*

*SO ORDERED.*

*[signature]*

*February 13, 2025*

**RE:** *United States v. Gustavo Chavez*
22 Cr. 303 (JMF)

Dear Judge Furman,

    I write to respectfully request a 45-day extension of Gustavo Chavez's surrender date, currently February 20, 2025.

    As of February 4, 2025, Mr. Chavez has completed three weeks of his seven-and-a-half-week-long course of radiation therapy for his prostate cancer. To afford Mr. Chavez sufficient time to complete his treatment and determine appropriate follow-up care, including whether additional radiation therapy is necessary, I respectfully submit that an extension of Mr. Chavez's surrender date is warranted. I have conferred with AUSA Andrew Jones and have provided him with a letter from Mr. Chavez's treating radiologist at Montefiore Hospital memorializing the above information. Mr. Jones does not object to this application.

    I thank the Court for its consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:     AUSA Andrew Jones