# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2025

**VIA CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #55.*

*SO ORDERED.*

*[signature]*

*April 4, 2025*

**RE:** *United States v. Gustavo Chavez*
      **22 Cr. 303 (JMF)**

Dear Judge Furman,

   I write to respectfully request a 45-day extension of Gustavo Chavez's surrender date, which is currently scheduled for April 7, 2025.

   On March 28, 2025, and following a seven-and-a-half-week-long course of radiation therapy for his prostate cancer, Mr. Chavez appeared for a doctor appointment at Montefiore Hospital to reassess his Prostate-Specific Antigen (PSA) levels. The results of this testing will determine his prognosis and the need for further radiation treatment and/or hormone therapy. To afford Mr. Chavez sufficient time to obtain these results and receive any necessary additional treatment and monitoring, I respectfully submit that an extension of Mr. Chavez's surrender date is warranted. I have conferred with AUSA Andrew Jones who does not object to this application.

   I thank the Court for its consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones