# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2025

**VIA EMAIL & CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #57.

SO ORDERED.

*[signature]*

May 21, 2025

**RE:** *United States v. Gustavo Chavez*
**22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a 90-day extension of Gustavo Chavez's surrender date, which is currently scheduled for May 22, 2025.

I have recently started transmitting Mr. Chavez's medical records to BOP Northeast Regional Counsel Adam Johnson to obtain Mr. Chavez's designation to a Federal Medical Center and will continue producing records on a rolling basis. Pertinent to these efforts, Mr. Chavez has a follow-up appointment with the Center for Radiation Therapy at Montefiore Hospital on July 23, 2025. I understand that the purpose of this appointment is to determine whether additional radiation therapy is necessary to treat his prostate cancer, or if the cancer is in remission. Because the results of this appointment bear significantly on Mr. Chavez's overall prognosis and appropriate facility designation, an adjournment of his surrender date that allows him to attend the appointment, and obtain and digest its results, is warranted. I have conferred with AUSA Jones, who does not object to this application.

I thank the Court for its consideration of this motion.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones