# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2025

***VIA EMAIL & CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #59.*

*SO ORDERED.*

[signature]

*August 13, 2025*

**RE:** *United States v. Gustavo Chavez*
**22 Cr. 303 (JMF)**

Dear Judge Furman,

    I write to respectfully request a 30-day extension of Gustavo Chavez's surrender date, which is currently scheduled for August 18, 2025. The Government, by AUSA Andrew Jones, does not object to this application.

    As anticipated, Mr. Chavez was seen by his oncologist and urologist on July 23 and August 6, 2025, respectively. I received updated records from his oncologist yesterday and am awaiting the same from his urologist. I require additional time to receive the balance of the records, review them in consultation with Mr. Chavez's treating physicians and a defense-retained medical expert, and transmit them to Northeast Regional Counsel Adam Johnson and AUSA Andrew Jones to facilitate Mr. Chavez's designation to a Federal Medical Center (as opposed to FCI Oakdale in Louisiana, where I understand Mr. Chavez is still presently designated). Accordingly, I respectfully submit that a 30-day extension of Mr. Chavez's surrender date is warranted.

    I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

[signature]

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Andrew Jones