# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 12, 2025

***Application GRANTED. The Clerk of Court is directed to terminate Doc. #61.***

***SO ORDERED.***

*[signature]*

***September 16, 2025***

**VIA EMAIL & CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** *United States v. Gustavo Chavez*
22 Cr. 303 (JMF)

Dear Judge Furman,

  I write to respectfully request a 30-day extension of Gustavo Chavez's surrender date, which is currently scheduled for September 17, 2025. The Government, by AUSA Andrew Jones, does not object to this application.

  Since the last extension request, I have transmitted additional medical records to BOP in furtherance of Mr. Chavez's prospective designation to a federal medical center. In addition, Mr. Chavez has also been scheduled for an appointment with his oncologist on October 3, 2025, to determine whether additional radiation treatment is warranted in the near-term. Given these developments and the prospect of additional cancer treatment, I respectfully submit that a 30-day extension of the surrender date is appropriate.

  I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Andrew Jones