# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2025

***VIA EMAIL & CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #63.

SO ORDERED.

October 15, 2025

**RE:** ***United States v. Gustavo Chavez***
       ***22 Cr. 303 (JMF)***

Dear Judge Furman,

    I write to respectfully request a 45-day extension of Gustavo Chavez's surrender date, which is currently scheduled for October 17, 2025. The Government, by AUSA Andrew Jones, does not object to this application.

    Since the last extension request, Mr. Chavez was seen by his treating radiologist on October 3, 2025. The prognosis is cautiously optimistic as it appears Mr. Chavez is in remission, but the radiologist indicated that additional hormone therapy and/or radiation treatment may be necessary moving forward. I am awaiting records from that appointment to transmit to BOP and AUSA Jones regarding Mr. Chavez's designation to a federal medical center. AUSA Jones and I will be in touch with BOP's Designation and Sentence Computation Center as appropriate and we will keep the Court apprised.

    I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Andrew Jones