# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 8, 2026

**VIA EMAIL & CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 67.  SO ORDERED.

January 8, 2026

RE:   *United States v. Gustavo Chavez*
      **22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a 45-day extension of Gustavo Chavez's surrender date, which is currently scheduled for January 9, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

The parties are presently in touch with Adam Johnson from BOP's Northeast Regional Office regarding Mr. Chavez's designation to a federal medical center. We are hopeful that these efforts will be productive in addressing the defense's concerns over Mr. Chavez's current designation to an FCI in Louisiana given his ongoing need for close monitoring of his prostate cancer and PSA levels. The defense will also continue to send medical records as appropriate to BOP through Mr. Johnson. Presently, Mr. Chavez has another appointment with his urologist scheduled for February 11, 2026.

The parties also appreciate the Court's willingness to convene a conference to discuss the situation. *See* Dkt. No. 66. The parties will confer further and submit a separate letter request for a conference, if necessary.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones