# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 18, 2026

**VIA EMAIL & CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 69.

SO ORDERED.

February 19, 2026

RE:  *United States v. Gustavo Chavez*
**22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a 45-day extension of Gustavo Chavez's surrender date, which is currently scheduled for February 22, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

Since the last extension request, the defense sent additional medical records to BOP Regional Counsel Adam Johnson and is awaiting more records from Mr. Chavez's February 9, 2026, appointment with his urologist. Mr. Johnson and the parties have agreed to continue to work together in pursuing BOP's redesignation of Mr. Chavez to a Federal Medical Center, as he is still designated to a Federal Correctional Institution in Louisiana.

The parties also remain cognizant of the Court's potential willingness to convene a conference to discuss the designation issue. If Mr. Chavez's designation is unchanged by the end of the next 45-day period, then the defense anticipates that it will ask the Court to schedule a conference to discuss any possible Court intervention.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones