UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA,                    :

                -v-                          :          22-CR-303 (JMF)

                                        :

GUSTAVO CHAVEZ,                       :            ORDER

                                       :

                      Defendant.      :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Consistent with the discussion held on the record at the conference in this matter earlier today, the Court spoke with the Adam Johnson of the Bureau of Prisons ("BOP"). The Court has neither the competence nor the authority to second guess the BOP's determination based on its review of Defendant's medical records that a Federal Medical Center is not the appropriate designation in this case. That said, the Court recommends to the BOP that Defendant be designated to a facility, such as FCI Butner, that is *adjacent to* a Federal Medical Center — to help ensure that, in the event the Defendant requires a higher level of medical care or attention, it is promptly given to him. Further, and consistent with the Court's observations during the conference held earlier today, defense counsel should not hesitate to promptly alert the Court and seek appropriate relief in the event that Defendant does not receive adequate medical care or testing in whatever facility or facilities he is designated to serve his sentence. Suffice it to say, any failure to provide Defendant with adequate medical care or testing — especially given the record and history of this case — would likely bear on whether Defendant should be granted relief from his sentence pursuant to 18 U.S.C. § 3582(c).

        SO ORDERED.

Dated: April 23, 2026
      New York, New York                           _____
                                         JESSE M. FURMAN
                                 United States District Judge