# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2026

**VIA EMAIL & CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #75.*

SO ORDERED.

May 20, 2026

**RE:    *United States v. Gustavo Chavez***
       **22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a 21-day extension of Gustavo Chavez's surrender date, which is currently scheduled for May 22, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

Since the last extension request, on April 23, 2026, the parties appeared before the Court for a conference concerning Mr. Chavez's designation to a Federal Medical Center. The defense is grateful for the Court's outreach to BOP Regional Counsel Adam Johnson and for its amended recommendation that Mr. Chavez be designated to a facility, such as FCI Butner, that is adjacent to a Federal Medical Center. Dkt. No. 74. Unfortunately, it appears that Mr. Chavez remains designated to a regular FCI in Louisiana. I have contacted Mr. Johnson to determine whether a designation to FCI Butner (or a comparable facility much closer to New York City) is possible, so that I can better monitor Mr. Chavez's situation and seek any appropriate relief from his sentence under 18 U.S.C. § 3582(c). *See* Dkt. No. 74. I respectfully submit that this additional extension is appropriate to see these discussions through and adequately prepare Mr. Chavez for his self-surrender.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Andrew Jones