# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 11, 2026

**VIA EMAIL & CM/ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #77.

SO ORDERED.

June 12, 2026

**RE:  *United States v. Gustavo Chavez*
    22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a 14-day extension of Gustavo Chavez's surrender date, which is currently scheduled for June 12, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

Since the last extension request, Mr. Chavez's primary care physician referred him for an MRI and other imaging because of a mass in Mr. Chavez's throat. The imaging occurred on June 4, 2026. Earlier today, Mr. Chavez's primary care physician informed me that Mr. Chavez has a large thyroglossal cyst in his throat requiring removal. The physician will refer Mr. Chavez to an ear, nose, and throat specialist for surgery. To facilitate this treatment, the defense respectfully submits that an extension of Mr. Chavez's surrender date is appropriate.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Andrew Jones