# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2026

***VIA EMAIL & CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #79.

SO ORDERED.

June 26, 2206

**RE:    *United States v. Gustavo Chavez***
        **22 Cr. 303 (JMF)**

Dear Judge Furman,

    I write to respectfully request a 14-day extension of Gustavo Chavez's surrender date, which is currently scheduled for June 26, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

    Since the last extension request, Mr. Chavez has obtained an appointment with an ear, nose, and throat physician to address removing the large thyroglossal cyst in his throat. The appointment is presently scheduled for mid-August, but the primary care physician is trying to get Mr. Chavez an earlier date. The defense respectfully submits that an extension of Mr. Chavez's surrender date is necessary to facilitate his treatment, including surgery to remove the cyst.

    I thank the Court for considering this unopposed application.

                        Respectfully Submitted,

                        Andrew John Dalack, Esq.
                        Assistant Federal Defender
                        Federal Defenders of New York
                        (646) 315-1527

Cc:    AUSA Andrew Jones