Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2026

***VIA EMAIL & CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate #81.

SO ORDERED.

July 10, 2026

**RE:** ***United States v. Gustavo Chavez***
**22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a 14-day extension of Gustavo Chavez's surrender date, which is currently scheduled for July 10, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

Since the last extension request, Mr. Chavez remains scheduled for an appointment with an ear, nose, and throat physician for mid-August, notwithstanding the efforts to secure an earlier date. Those efforts remain ongoing, however. To facilitate those efforts and Mr. Chavez's treatment, including surgical removal of the cyst in his throat, the defense respectfully submits that an extension of Mr. Chavez's surrender date is necessary.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Andrew Jones