Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 27, 2026

***VIA CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED as unopposed. The Clerk of Court is directed to terminate ECF No. 85.

SO ORDERED.

August 27, 2026

**RE: *United States v. Gustavo Chavez***
**22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request a two-week extension of Gustavo Chavez's surrender date, which is currently scheduled for September 1, 2026. The Government, by AUSA Andrew Jones, does not object to this application.

Since the last extension request, Mr. Chavez has appeared for appointments with an ear, nose, and throat physician and undergone an ultrasound related to the mass in his throat. He has follow-up appointments scheduled with his ENT doctor on August 31, 2026, and September 9, 2026, respectively. The defense is hopeful that the surgery will take place on or shortly after September 9, 2026, to remove the mass from his throat, but will continue to monitor his appointments closely and share the relevant paperwork with AUSA Andrew Jones. Given these circumstances, an extension of Mr. Chavez's surrender date is necessary.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Andrew Jones