Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 28, 2026

***VIA CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. Mr. Chavez's surrender date is hereby extended to November 18, 2026. Counsel is reminded that requests for extensions should be filed at least 48 hours before the deadline. The Clerk of Court is directed to terminate Doc. #89.

SO ORDERED.

September 29, 2026

**RE: *United States v. Gustavo Chavez***
**22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request an extension of Gustavo Chavez's surrender date, from September 29, 2026, to November 18, 2026.

Since the last extension request, Mr. Chavez has received his schedule for ENT surgery to remove a large mass from his throat. On October 16, 2026, Mr. Chavez will report to his ENT physician for a pre-operative preparatory session, and his surgery is scheduled to occur on November 4, 2026. On November 11, 2026, Mr. Chavez is scheduled to appear for a post-operative evaluation to assess his recovery needs. To facilitate Mr. Chavez's surgery and post-operative care, I respectfully submit that an extension of his surrender date is appropriate.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
(646) 315-1527

Cc: AUSA Andrew Jones