Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2026

***Via CM/ECF***
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. Mr. Chavez's surrender date is hereby extended to January 19, 2027. The Clerk of Court is directed to terminate Doc. #91.

SO ORDERED.

November 16, 2026

**RE: *United States v. Gustavo Chavez***
**22 Cr. 303 (JMF)**

Dear Judge Furman,

I write to respectfully request an extension of Gustavo Chavez's surrender date, from November 18, 2026, to January 19, 2027.

Since the last extension request, Mr. Chavez underwent surgery to remove a large mass from his throat. The operation occurred on November 4, 2026, and Mr. Chavez had his first post-operative evaluation on November 11, 2026. The next evaluation is scheduled for December 9, 2026.

The defense is currently preparing to facilitate Mr. Chavez's surrender to the satellite camp at FCI Oakdale in Louisiana, where he is presently designated. Assuming there are no lingering issues from the surgery, and barring any new emergent health issues, including any reappearance of his prostate cancer, the defense does not anticipate making any additional applications for an extension of Gustavo Chavez's surrender date. This extension request is necessary to effectuate Mr. Chavez's post-operative care, to allow Mr. Chavez to wind down his affairs before surrendering, and to facilitate Mr. Chavez's surrender through my office's resources, including booking flight and/or hotel accommodations. I have conferred with AUSA Andrew Jones, who does not object to this request. I thank the Court for considering it.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
(646) 315-1527

Cc: AUSA Andrew Jones